UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dianne L. Akzam,<br><br>           Petitioner,<br><br>     v.<br><br>US Bank NA, et al,<br><br>           Respondents. | No.  2:16-cv-02274-TLN<br><br>**ORDER** |

Petitioner Dianne L. Akzam ("Petitioner") seeks to proceed with a bankruptcy appeal before this Court *in forma pauperis*. (ECF No. 3.) Pursuant to 28 U.S.C. § 1915(a), "any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets [the person] possesses," and the person is unable to pay costs.  Petitioner submitted an application to proceed in District Court without prepaying fees or costs.  (ECF No. 3.)  The Court has reviewed the application submitted by Petitioner and finds that Petitioner has made the showing required by 28 U.S.C. § 1915(a) to proceed *in forma pauperis*.  Accordingly, the Court hereby GRANTS Petitioner's motion.

Dated: October 17, 2016

Troy L. Nunley
United States District Judge

1